**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERNEST JACOBS, DAVID LEE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  23-959** |
| | : | |
| **LIBERTY MUTUAL PERSONAL** | : | |
| **INSURANCE COMPANY** | : | |

## <u>ORDER</u>

     **AND NOW**, this 29th day of May 2024, upon considering the parties informing us the case settled by the attached e-mail, it is **ORDERED**:

    1.      The action is **DISMISSED** pursuant to Local Rule 41.1(b).

    2.      The Clerk of Court shall **close** this case.


_____
**MURPHY, J.**

| From: | John Trotman |
|---|---|
| To: | Kerri Christy; Murphy_Chambers |
| Cc: | Emily Zborowski; "Woodward, Christopher W." |
| Subject: | RE: Case 2:23-cv-00959-JFM JACOBS et al v. LIBERTY MUTUAL PERSONAL INSURANCE COMPANY - April 26, 2023 Conference/Motion Argument |
| Date: | Wednesday, May 29, 2024 4:09:04 PM |
| Attachments: | image002.png |

**CAUTION - EXTERNAL:**

Your Honor / Ms. Christy:

The following case, scheduled for July trial has settled today:

**Case 2:23-cv-00959-JFM        JACOBS et al v. LIBERTY MUTUAL PERSONAL INSURANCE COMPANY.**

Please let me know if I need to file a Rule 41 dismissal, or if the Court will issue one on its own.

Defense counsel (Christopher Woodward, Esq.) is copied here.

Respectfully,

John


John R. Trotman Jr., Esquire
Attorney at Law



1515 Market Street - Suite 1940
Philadelphia, PA 19102
p. 215.564.1414
f.  215.564.1919


 Think **Green!**
Please consider the environment before printing this email.

--------

**PRIVILEGED AND CONFIDENTIAL:** This message and any attachments are

confidential property of the sender. The information is intended only for the use of the person to whom it is addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. This message may be an Attorney-Client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of the message is strictly prohibited.  If you received this message in error, please immediately notify the sender and purge the message and any attachments which you received. Do not forward this message without permission.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.